# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 2:08-698-DCN |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| Eric Doublin, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon the motion of the Defendant, Eric Doublin, by and through his attorney, it is hereby ordered that the Defendant's time to report to FCI Miami in Miami, Florida be extended from Wednesday, March 31, 2010 to Monday, May 3, 2010.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

Charleston, South Carolina
February 25, 2010